David J. Feldman, Esq.
Nevada Bar No. 5947
FELDMAN GRAF, P.C.
8845 West Flamingo Rd., Suite 110
Las Vegas, Nevada 89147
Telephone: (702) 949-5096
dfeldman@feldmangraf.com
Attorneys for Defendant Mid-Century Ins. Co.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LOC HONG VO, an individual, PHUONG THU LE, an individual, QUY NGUYEN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MID-CENTURY INSURANCE COMPANY, DOE INSURANCE COMPANY I through X; DOES I through X; DOE EMPLOYEES/ AGENTS I through XX; ROE CORPORATIONS A through Z, inclusive,<br><br>Defendants. | Case No.:  2:16-cv-00862-RFB-VCF |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs Loc Hong Vo, Phuong Thu Le and Quy Nguyen, by and through their counsel of record, Robert S. Qualey, Esq. of Qualey Law Group and Defendant Mid-Century Insurance Company, by and through its counsel of record, David J. Feldman, Esq. of the law firm of Feldman Graf, P.C., that Case No. 2:16-cv-00862-RFB-VCF entitled *Loc Hong Vo, Phuong Thu Le and Quy Nguyen v. Mid-Century Insurance Company*, is hereby dismissed with prejudice, and that all parties agree to bear their own attorneys' fees and costs and any interest.

A trial date has not been scheduled in the above-captioned matter.

### ORDER

**IT IS SO ORDERED** that this action is DISMISSED with prejudice, and each party is to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: 1/2/17.

_____
RICHARD F. BOULWARE, II
United States District Judge

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Loc Hong Vo, et al. v. Mid-Century Insurance Company, et al.*
United States District Court Case No. 2:16-cv-00862-RFB-VCF
**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

**IT IS SO STIPULATED.**

Dated: _12 -5-16_

QUALEY LAW GROUP
Robert S. Qualey, Esq.
Nevada Bar No. 3570
2320 Paseo Del Prado, Suite B-205
Las Vegas, NV 89102
Telephone: (702) 474-6677
nevadacollections@qualeylawfirm.com
Attorney for Plaintiffs, Loc Hong Vo,
Phuong Thu Le and Quy Nguyen

Dated: _11/28/16_

FELDMAN GRAF, P.C.
David J. Feldman, Esq.
Nevada Bar No. 5947
8845 W. Flamingo Road, Suite 110
Las Vegas, Nevada 89147
Telephone:  (702) 949-5096
Facsimile:  (702) 949-5097
dfeldman@feldmangraf.com
Attorneys for Defendant
Mid-Century Insurance Company

2